BEFORE THE SECOND DIVISION, FEBRUARY 6, 1961

No. 65135.—Kaiser Reismann Corporation v. United States, protests 324265–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the items marked "B" consist of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078) and that the items marked "C" consist of fishing lines similar in use to the silk fishing lines involved in *J.M.P.R. Trading Corp., Alltransport, Inc.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), the claims of the plaintiff were sustained.

No. 65136.—Beer Stern Import Corp. et al. v. United States, protests 272750–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.